No. 440.   AMERICAN SECURIT Co. v. SHATTERPROOF GLASS CORP.   C. A. 3d Cir.   Certiorari denied.   *Joseph W. Burns* and *John L. Seymour* for petitioner.   *Wm. C. McCoy* and *Caleb S. Layton* for respondent.

No. 449.   GAUDIOSI ET AL. v. MELLON ET AL.   C. A. 3d Cir.   Certiorari denied.   *Joseph B. Hyman* for petitioners.   *Philip Price* for respondents.

No. 452.   FORFARI v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *George Olshausen* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 455.   FUDEMAN ET AL. v. PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.   *Stanford Shmukler* for petitioners.   *Anne X. Alpern,* Attorney General of Pennsylvania, and *Victor Wright,* Deputy Attorney General, for respondent.

No. 430.   CONNOLLY v. FARRELL LINES, INC.   Motion for leave to proceed on typewritten papers granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.   *Paul Frederick* for petitioner.   *Robert A. Lilly, William J. O'Neill* and *George W. Sullivan* for respondent.

No. 318, Misc.   WEST VIRGINIA EX REL. SIEMON v. ADAMS, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.